**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____ Chapter **7**

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **CG Trading Inc.** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **FDBA Maximbet.com** **FDBA Carousel Group** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **61-1959374** |

4. **Debtor's address**

**Principal place of business**

**251 Little Falls Drive**
**Wilmington, DE 19808**
Number, Street, City, State & ZIP Code

**New Castle**
County

**Mailing address, if different from principal place of business**

**221 River Street, 9th Floor**
**Hoboken, NJ 07030**
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL) _____

6. **Type of debtor**

�);■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | CG Trading Inc. | Case number (*if known*) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

7132

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District | When | Case number |

| Debtor | **CG Trading Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | | Relationship | |
| District | | When | Case number, if known |

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds** .

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **CG Trading Inc.**                                            Case number (*if known*) _____
          Name

|  |  |  |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **CG Trading Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    12/28/2022
                MM / DD / YYYY

X    *Daniel Graetzer*                          **Daniel Graetzer**
    Signature of authorized representative of debtor            Printed name

Title    **CEO**

**18. Signature of attorney**

X    *Ronald S. Gellert*               Date   12/28/2022
    Signature of attorney for debtor                  MM / DD / YYYY

**Ronald S. Gellert**
Printed name

**Gellert Scali Busenkell & Brown, LLC**
Firm name

**1201 N. Orange Street**
**Suite 300**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone    **(302) 425-5806**      Email address    **rgellert@gsbblaw.com**

**4259 DE**
Bar number and State

DocuSign Envelope ID: 3358D60F-A196-4401-B98E-858886E9BCC8

# CERTIFICATE OF RESOLUTION
## AUTHORIZING PREPARATION FOR FILING OF
## VOLUNTARY PETITION FOR REORGANIZATION
## UNDER CHAPTER 7 OF THE BANKRUPTCY CODE

At a special meeting of the Board of Directors (the "Board of Directors") of CG Trading, Inc, a Delaware corporation (the "Corporation"), which is a subsidiary of CG USA Holding, a Delaware incorporated company, duly constituted and held on _____12/23__ ___, 2022, the following resolutions were discussed and thereafter adopted by unanimous consent:

WHEREAS, the Board of Directors of the Corporation has evaluated and considered the financial condition, results of operations and projected cashflows of the Corporation, the Corporation's efforts to secure additional debt or equity financing, the results of those efforts options available to the Corporation and prospects for maximizing the value of the Corporation and returns to the stakeholders of the Corporation and information and recommendations of its executive officers of, and counsel to, the Corporation concerning the financial condition of the Corporation; and

NOW, THEREFORE, BE IT:

RESOLVED, that in the judgment of the Board of Directors, it is in the best interests of the Corporation, its creditors, stockholders and other interested parties, that a petition for reorganization of the Corporation be filed under the provisions of Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code");

RESOLVED, that the Chief Executive Officer (the "Authorized Officer") is hereby authorized, empowered and directed, on behalf of the Corporation, to take all necessary actions and make all necessary preparations for the Corporation to commence a case under Chapter 7 of the Bankruptcy Code (the "Chapter 7 Case"), and to commence the Chapter 7 Case, in the venue that the Authorized Officer deems appropriate and at such time that the Authorized Officer deems appropriate, in the exercise of his discretion and professional expertise;

RESOLVED, that the Authorized Officer of the Corporation shall be and hereby is authorized and directed to do and perform all such acts and things to be prepared to execute and file all petitions, plans, pleadings, schedules, lists, statements, applications, documents, certificates and other papers, and to take such other steps as may be deemed necessary or desirable in order to conduct a case under Chapter 7 of the Bankruptcy Code and to effectuate a reorganization of the Corporation under Chapter 7 as is deemed appropriate;

RESOLVED, that the Corporation shall employ, subject to any requisite bankruptcy court approval, the law firm of Gellert Scali Busenkell and Brown, LLC as general bankruptcy counsel to represent and assist the Corporation in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Corporation's rights and obligations, including filing any pleadings; and in connection therewith, the Authorized Officer is hereby authorized and directed to cause to be filed an appropriate application for authority to retain the services of Gellert Scali Busenkell & Brown, LLC;

RESOLVED, that the Corporation shall employ, subject to any requisite bankruptcy court approval, such other professionals and persons as the Authorized Officer determines are necessary in order to conduct the Chapter 7 Case while subject to the jurisdiction of the Bankruptcy Court;

RESOLVED, that in addition to the specific authorizations heretofore conferred upon the Authorized Officer, the Authorized Officer and such other officers of the Corporation as any Authorized Officer shall from time to time designate, and any employees or agents (including counsel) designated by or directed by any such Authorized Officer, be authorized and empowered to cause the Corporation to enter into, execute, deliver, certify, file and/or record, and perform such agreements, instruments, motions, declarations, affidavits, applications for approvals or ruling of governmental or regulatory authorities, certificates and other documents, and to take such other actions as in the judgment of such officer shall be or become necessary, proper and desirable to conduct the Chapter 7 liquidation of the Corporation as is deemed appropriate; and

RESOLVED, that any and all actions heretofore or hereafter taken by the officers or directors of the Corporation in the name of and on behalf of the Corporation in furtherance of any or all of the foregoing resolutions are hereby ratified and confirmed in their entirety.

I, the undersigned, Chief Executive Officer of CG Trading, Inc, do hereby certify that the foregoing is a true, complete and accurate copy of the resolutions duly adopted by the Board of Directors of said Corporation by unanimous consent; and I do further certify that these resolutions have not been altered, amended, repealed or rescinded and are now in full force and effect.

The undersigned further certifies that the Board of Directors had at the time of the adoption of said resolutions full power and authority to adopt said resolutions, and that the Board of Directors now has said power and authority.

IN WITNESS WHEREOF, I have hereunto subscribed my name in my professional capacity with Aftermaster, Inc. this [__] day of _27/12/2022 | 09:30 BST_, 2022.

By: _Daniel Graetzer_
DocuSigned by:
D14552C5F342415...

Name: Daniel Graetzer

Title: Chief Executive Officer

DocuSign Envelope ID: A2922621-DA68-4125-B920-0A0F3A7D8A5D

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Delaware

In re    **CG Trading Inc.** _____    Case No. _____

Debtor(s)     Chapter    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept _____   $     **4,545.46**

   Prior to the filing of this statement I have received _____   $     **4,545.46**

   Balance Due _____   $     **0.00**

2. The source of the compensation paid to me was:

   ■ Debtor     ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Preparation and filing of any petition, schedules, statement of affairs which may be required.**
      **Representation of the Debtor(s) at the initial first meeting of creditors.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **\*Any post-petition service that is a contested matter, including but not limited to: Motions to Dismiss, Motions to Convert, additional 341 appearances, Adversary Complaints, Appeals, Dischargeability actions, lien avoidances actions, Relief from Stay, or any other matter which requires additional time based on an hourly file.**

   **\*notated in retainer as fee/costs additonal (post-petition)**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

12/28/2022 _____     /s/ Ronald S. Gellert
_____
    _Date_                        **Ronald S. Gellert**
                                  _Signature of Attorney_
                                  **Gellert Scali Busenkell & Brown, LLC**
                                  **1201 N. Orange Street**
                                  **Suite 300**
                                  **Wilmington, DE 19801**
                                  **(302) 425-5806**
                                  **rgellert@gsbblaw.com**
                                  _Name of law firm_

**Fill in this information to identify the case:**

Debtor name   **CG Trading Inc.**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/28/2022     X _____

*DocuSigned by:*

*Daniel Graetzer*

D1482C26382105

Signature of individual signing on behalf of debtor

**Daniel Graetzer**
Printed name

**CEO**
Position or relationship to debtor

| Fill in this information to identify the case: |
| --- |

Debtor name    **CG Trading Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          **12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................    $ **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*..............................................................................    $ **268,045.51**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................    $ **268,045.51**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $ **0.00**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................    $ **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................    +$ **2,493,166.51**

4.   **Total liabilities** ........................................................................................................
    Lines 2 + 3a + 3b    $ **2,493,166.51**

DocuSign Envelope ID: A2922621-DA68-4125-B920-0A0F3A7D8A5D

**Fill in this information to identify the case:**

Debtor name: **CG Trading Inc.**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**   **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **MVB** | | 0806 | $5,844.06 |
| 3.2. | **MVB** | | 6049 | $1,695.62 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.      $7,539.68

**Part 2:**   **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

| 8.1. | **U.S. Integrity, Inc.** | $1,416.67 |
|---|---|---|

Debtor    **CG Trading Inc.**        Case number *(If known)* _____
         Name

| | | |
|---|---|---|
| 8.2. | **NBA Properties, Inc.** | $607.50 |
| 8.3. | **Hotjar Ltd** | $567.00 |
| 8.4. | **ACES, Inc** | $10,416.67 |
| 8.5. | **Loom** | $1,160.65 |
| 8.6. | **Maxim, Inc** | $66,666.67 |
| 8.7. | **GeoComply Solutions  inc** | $14,583.33 |
| 8.8. | **Genius Sports Media Inc** | $31,666.67 |
| 8.9. | **Aristotle Internation Inc** | $19,666.67 |
| 8.10. | **The Hartford Financial Services Group Inc** | $5,148.06 |
| 8.11. | **Braze, Inc** | $20,000.00 |
| 8.12. | **Shufti Pro** | $24,375.00 |
| 8.13. | **Applause App Quality Inc.** | $15,833.33 |

9.    **Total of Part 2.**

      Add lines 7 through 8. Copy the total to line 81.

                                      $212,108.22

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

Debtor   **CG Trading Inc.**                                    Case number (If known) _____
         Name

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.   **Accounts receivable**

11a. 90 days old or less:   **1,200.00**   -   **0.00**   = ....   **$1,200.00**
                          face amount          doubtful or uncollectible accounts

12.   **Total of Part 3.**
      Current value on lines 11a + 11b = line 12. Copy the total to line 82.   | **$1,200.00** |

| Part 4: | **Investments** |

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.
■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

14.   **Mutual funds or publicly traded stocks not included in Part 1**
      Name of fund or stock:

15.   **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
      Name of entity:                         % of ownership

| | | % | Valuation method | Current value |
|---|---|---|---|---|
| 15.1. | **CG Arizona LLC** | **100** % | | **Unknown** |
| 15.2. | **CG Iowa, LLC** | **100** % | | **Unknown** |
| 15.3. | **CG Louisiana, LLC** | **100** % | | **Unknown** |
| 15.4. | **CG NJ, LLC** | **100** % | | **Unknown** |
| 15.5. | **CG Ohio, LLC** | **100** % | | **Unknown** |
| 15.6. | **CG Pennsylvania, LLC** | **100** % | | **Unknown** |
| 15.7. | **CG Virginia, LLC** | **100** % | | **Unknown** |
| 15.8. | **CG Colorado, LLC** | **100** % | | **Unknown** |

Debtor  **CG Trading Inc.**_____  Case number *(If known)*_____
Name

15.9.  **CG Indiana, LLC**_____  **100**____ %  _____  **Unknown**

16.  **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17.  **Total of Part 4.**                                                    **$0.00**

Add lines 14 through 16.  Copy the total to line 83.

| Part 5: | Inventory, excluding agriculture assets |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | |
| **48.** | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | |
| **49.** | **Aircraft and accessories** | | |
| **50.** | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>Laptop, Monitor, other | $232.77 | NVB | $232.77 |
| | **HP Pavilion Laptop 111-4392199-7462613**<br>**Ludmila Ferreira Azevedo** | $761.30 | NVB | $761.30 |

Debtor  **CG Trading Inc.**
Name

Case number *(If known)*

| | | | |
|---|---|---|---|
| **Wintory Wireless Headset** <br> **701-8927361-3732222 Daniel Lazarra** | $34.68 | NVB | $34.68 |
| **Samsung Monitor 701-8927361-3732222 Daniel Lazarra** | $182.63 | NVB | $182.63 |
| **HP Envy Laptop, Keyboard, Mouse** <br> **701-8927361-3732222 Daniel Lazarra** | $971.46 | NVB | $971.46 |
| **HP Envy Laptop 701-6210069-9032212** <br> **Anthony Giuliani** | $939.27 | NVB | $939.27 |
| **Samsung Monitor 701-6210069-9032212** <br> **Anthony Giuliani** | $207.82 | NVB | $207.82 |
| **Wintory Headset, Keyboard, Mouse** <br> **701-6210069-9032212 Anthony Giuliani** | $67.18 | NVB | $67.18 |
| **HP Pavilion Laptop, Dell Monitor, Wireless** <br> **Keyboard & Mouse  112-3649289-7529821** <br> **Kirtan Bipinbhai Solanki** | $968.16 | NVB | $968.16 |
| **112-3891193-2823421 HP Pavilion Laptop Ariel** <br> **Dunnah** | $708.18 | NVB | $708.18 |
| **112-9735494-3389862 Epson Perfection V39** <br> **Color Photo & Document Scanner Andrew** <br> **Osei** | $111.93 | NVB | $111.93 |
| **Laptop, Monitor, Other** | $219.29 | NVB | $219.29 |
| **LG Monitor, Keyboard, Mouse** <br> **114-3757862-2934665 Daniel Joseph Remmes** | $193.57 | NVB | $193.57 |
| **113-2994415-7431408 Dell Monitor Lena Kaba** | $145.74 | NVB | $145.74 |
| **113-6860867-1557818 Wireless Keyboard &** <br> **Mouse Lena Kaba** | $29.64 | NVB | $29.64 |
| **113-4716623-3455453 HP Pavilion 15 Laptop** <br> **Lena Kaba** | $794.12 | NVB | $794.12 |
| **114-1166283-6750624 HP Pavilion 15" FHD IPS** <br> **Laptop** | $801.79 | NVB | $801.79 |
| **AE80902009 Iphone** | $1,237.19 | NVB | $1,237.19 |

Debtor    **CG Trading Inc.**_____    Case number *(If known)* _____
_____Name

| **Laptop, Monitor, Other** | **$225.23** | **NVB** | **$225.23** |
|---|---|---|---|
| **Docking Station** | **$52.64** | **NVB** | **$52.64** |
| **Laptop** | **$475.45** | **NVB** | **$475.45** |
| **Monitor** | **$41.24** | **NVB** | **$41.24** |
| **Monitor** | **$41.26** | **NVB** | **$41.26** |
| **Monitor** | **$41.25** | **NVB** | **$41.25** |
| **Monitor** | **$41.26** | **NVB** | **$41.26** |
| **Laptop, Monitor, Other** | **$228.15** | **NVB** | **$228.15** |
| **Laptop and docking station** | **$202.39** | **NVB** | **$202.39** |
| **Monitor** | **$64.39** | **NVB** | **$64.39** |
| **Laptop** | **$167.35** | **NVB** | **$167.35** |
| **Laptop** | **$212.23** | **NVB** | **$212.23** |
| **Monitor** | **$46.31** | **NVB** | **$46.31** |
| **Laptop, Monitor, other** | **$706.94** | **NVB** | **$706.94** |
| **Monitor** | **$113.42** | **NVB** | **$113.42** |
| **Laptop** | **$662.19** | **NVB** | **$662.19** |
| **Monitor** | **$125.07** | **NVB** | **$125.07** |
| **Monitor** | **$94.78** | **NVB** | **$97.78** |
| **Laptop** | **$670.72** | **NVB** | **$670.72** |
| **HP 24-inch FHD IPS Monitor** | **$23.82** | **NVB** | **$23.82** |
| **Laptop** | **$600.47** | **NVB** | **$600.47** |

Debtor   **CG Trading Inc.**               Case number *(If known)*
Name

| | | | |
|---|---|---|---|
| **Laptop** | **$640.51** | **NVB** | **$640.51** |
| **Pushpi Travel Expen laptop** | **$480.60** | **NVB** | **$480.60** |
| **Laptop MSI GP75 Leopard** | **$1,160.89** | **NVB** | **$1,160.89** |
| **Screen Dell, Keyboard and mouse** | **$91.16** | **NVB** | **$91.16** |
| **Screen, Keyboard and mouse** | **$113.42** | **NVB** | **$113.42** |
| **Apple Mac Book** | **$949.94** | **NVB** | **$949.94** |
| **Laptop Dell** | **$434.57** | **NVB** | **$434.57** |
| **Laptop HP, Screen Dell, Keyboard and mouse** | **$336.01** | **NVB** | **$336.01** |
| **Laptop, Monitor, Other** | **$223.50** | **NVB** | **$223.50** |
| **Table - Desk top** | **$50.37** | **NVB** | **$50.37** |
| **Chair** | **$55.95** | **NVB** | **$55.95** |
| **Screen LG, Keyboard and mouse** | **$177.21** | **NVB** | **$177.21** |
| **Apple Mac Book** | **$1,327.42** | **NVB** | **$1,327.42** |
| **Laptop HP** | **$675.73** | **NVB** | **$675.73** |
| **Keyboard** | **$27.01** | **NVB** | **$27.01** |
| **Screenboard Asus** | **$92.46** | **NVB** | **$92.46** |
| **Mouse hp** | **$21.03** | **NVB** | **$21.03** |
| **Chair** | **$56.33** | **NVB** | **$56.33** |
| **Laptop Omen, Screen, Keyboard and mouse** | **$1,055.62** | **NVB** | **$1,055.62** |
| **Monitor** | **$165.98** | **NVB** | **$165.98** |
| **Headset** | **$66.99** | **NVB** | **$66.99** |

Debtor   **CG Trading Inc.**           Case number *(If known)*
Name

| | | | |
|---|---|---|---|
| Laptop HP, Screen, Keyboard and mouse | $330.72 | NVB | $330.72 |
| Headset | $19.80 | NVB | $19.80 |
| Headset | $19.80 | NVB | $19.80 |
| Keyboard | $22.41 | NVB | $22.41 |
| Screen monitor - Apple Mac Book | $941.72 | NVB | $941.72 |
| Screen monitor - Samsung 111-4203729-4467436 | $95.10 | NVB | $95.10 |
| Laptop Lenovo 111-8587347-8457048 | $846.72 | NVB | $846.72 |
| Apple Laptop 702-4256526-7889010 | $1,237.12 | NVB | $1,237.12 |
| Laptop | $563.64 | NVB | $563.64 |
| Hiperdrive Usb 701-9582165-2433001 | $72.08 | NVB | $72.08 |
| Keyboard 111-4217204-7446630 | $19.48 | NVB | $19.48 |
| Laptop Lenovo, Screen  111-3852628-6087406 | $476.88 | NVB | $476.88 |
| Apple Laptop 111-3579681-6773809 | $815.92 | NVB | $815.92 |
| keyboard, Mouse, headset 702-0487070-1853011 | $34.74 | NVB | $34.74 |
| heatset 111-0530820-3340239 | $30.27 | NVB | $30.27 |
| Laptop Lenovo, Screen  702-7796943-3214621 | $492.27 | NVB | $492.27 |
| T&E - ER-00002 Monitor, Laptop, Keyboard, Mouse, HDMI, Headset, Startech port | $1,101.30 | NVB | $1,101.30 |
| Led Monitor 111-2983832-2877002 | $89.92 | NVB | $89.92 |
| HP Laptop 111-4964422-3440212 | $568.92 | NVB | $568.92 |
| Docking Station | $51.80 | NVB | $51.80 |

Debtor  **CG Trading Inc.**
Name
Case number *(If known)*

| | | | |
|---|---|---|---|
| Keyboard 111-5035852-5209048 | $24.65 | NVB | $24.65 |
| 702-1735800-6699415  Lenovo Monitor, Keyboard | $115.48 | NCB | $115.48 |
| 702-2696238-8045810 heatset | $106.87 | NVB | $106.87 |
| 702-7272340-6134665  Lenovo Laptop | $477.02 | NVB | $477.02 |
| 702-4934732-1661843 heatset | $63.66 | NVB | $63.66 |
| 702-3982484-9469806 Laptop HP | $856.48 | NVB | $856.48 |
| Laptop HP, Wireless Keyboard and Mouse Combo 702-8735363-8665026 | $866.10 | NVB | $866.10 |
| ASUS VL249HE 23.8" Eye Care Monitor 702-6896140-9841810 | $105.11 | NVB | $105.11 |
| office desk and chair ER-00011 | $282.38 | NVB | $282.38 |
| Laptop, Monitor, Other | $223.50 | NVB | $223.50 |
| 702-9794153-5090647 LG Ultra PC 17" | $944.88 | NVB | $944.88 |
| 702-9794153-5090647 LG Ultra PC 17" | $944.88 | NVB | $944.88 |
| 702-7219845-1189045 HP Envy | $811.67 | NVB | $811.67 |
| 702-4890759-3009827 HP 17.3" HD+ SVA BrightView WLED-Backlit | $977.03 | NVB | $977.03 |
| 702-7504282-9154636 HP Envy | $789.28 | NVB | $789.28 |
| 702-8118237-6039408 HP Envy. Headset | $878.48 | NVB | $878.48 |
| 112-5031823-1444248  HP Pavilion Laptop | $894.93 | NVB | $894.93 |
| 111-1490360-2028205 HP Laptop | $330.23 | NVB | $330.23 |
| 111-0883916-4353069 HP Laptopo, Keyboard and mouse, Desktop Samsung | $577.20 | NVB | $577.20 |
| Laptop, Monitor, Other | $223.50 | NVB | $223.50 |

Debtor    **CG Trading Inc.**                                   Case number *(If known)* _____
          Name

| | | | |
|---|---|---|---|
| **W622127792 Iphone** | **$601.73** | **NVB** | **$601.73** |
| **112-3223646-1313829  HP Laptop** | **$861.14** | **NVB** | **$861.14** |
| **114-1947962-2390649 Comica Interview Microphone** | **$53.07** | **NVB** | **$53.07** |
| **Saramonic Guitar Audio Interface Microphone 114-8040281-5458666** | **$93.66** | **NVB** | **$93.66** |
| **Microphone Preamp 114-8040281-5458666 Dave Golokhov** | **$88.98** | **NVB** | **$88.98** |
| **Samsung Monitor 701-8927361-3732222 Daniel Lazarra** | **$182.63** | **NVB** | **$182.63** |

51.    **Total of Part 8.**                                                                               | **$41,854.13** |
       Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ☐ No
       ☑ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ☑ No
       ☐ Yes

**Part 9:    Real property**

**54. Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** **Escrow.com Domain** | **$5,343.48** | **NVB** | **$5,343.48** |
| 62.    **Licenses, franchises, and royalties** | | | |
| 63.    **Customer lists, mailing lists, or other compilations** | | | |
| 64.    **Other intangibles, or intellectual property** | | | |

Debtor     **CG Trading Inc.** _____     Case number *(If known)* _____
             Name

65.       **Goodwill**

66.       **Total of Part 10.**

         Add lines 60 through 65. Copy the total to line 89.

| | |
|---|---|
| | **$5,343.48** |

67.       **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

        ■ No
        ☐ Yes

68.       **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

        ■ No
        ☐ Yes

69.       **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

        ■ No
        ☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ■ No. Go to Part 12.
     ☐ Yes Fill in the information below.

Debtor   **CG Trading Inc.** _____     Case number *(If known)* _____
Name

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80.  **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $7,539.68 | |
| 81.  **Deposits and prepayments.** *Copy line 9, Part 2.* | $212,108.22 | |
| 82.  **Accounts receivable.** *Copy line 12, Part 3.* | $1,200.00 | |
| 83.  **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84.  **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85.  **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86.  **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87.  **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $41,854.13 | |
| 88.  **Real property.** *Copy line 56, Part 9.*.......................................................................> | | $0.00 |
| 89.  **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $5,343.48 | |
| 90.  **All other assets.** *Copy line 78, Part 11.* | +   $0.00 | |
| 91.  **Total.** Add lines 80 through 90 for each column | $268,045.51 | + 91b.   $0.00 |
| 92.  **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $268,045.51 |

**Fill in this information to identify the case:**

Debtor name    **CG Trading Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

   ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name  **CG Trading Inc.**

United States Bankruptcy Court for the:  **DISTRICT OF DELAWARE**

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

**3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$180.00**

**303 Self Storage**
**3800 N Monaco Street Parkway**
**Denver, CO 80207**

Date(s) debt was incurred **Dec 2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$68,750.00**

**ACES, Inc.**
**188 Montague Street**
**Brooklyn, NY 11201**

Date(s) debt was incurred **Nov 2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$95,000.00**

**Applause App Quality Inc.**
**100 Pennsylvania Ave, Fifth Floor**
**Framingham, MA 01701**

Date(s) debt was incurred **July 2022-Oct 2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,350.00**

**Apps4 web media LTD**
**71-75 Shelton Street**
**W1B 3HH**
**Covent Garden, London**
**United Kingdom**

Date(s) debt was incurred **Mar 2022-Nov 2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **CG Trading Inc.**            Case number (if known) _____

      Name

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$33,040.00** |
|---|---|---|---|

**Aristotle International Inc.**
**Box 716045**
**Philadelphia, PA 19171**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **Aug 2022-Dec 2022**

**Basis for the claim:** _____

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$600.00** |
|---|---|---|---|

**Better Collective USA, Inc.**
**101 NE 3rd Ave**
**#600**
**Fort Lauderdale, FL 33301**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **Sept 2022**

**Basis for the claim:** _____

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,925.00** |
|---|---|---|---|

**BLACK SWAN STRATEGY INC.**
**117 ROBERT STREET**
**M5S 2K5**
**Toronto, Ontario**
**Canada**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **Oct 2022**

**Basis for the claim:** _____

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,000.00** |
|---|---|---|---|

**Briscoe Holdings, LLC**
**440 Louisiana Street Suite 825**
**Houston, TX 77002**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **Oct 2022**

**Basis for the claim:** _____

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$29,654.99** |
|---|---|---|---|

**Butler Snow LLP**
**Post Office Box 6010**
**Ridgeland, MS 39158-6010**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **Jun 2022**

**Basis for the claim:** _____

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$200.00** |
|---|---|---|---|

**Casoomi Ltd**
**221 River Street, 9th Fl**
**Hoboken, NJ 07030**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **Sept 2022**

**Basis for the claim:** _____

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$52,890.00** |
|---|---|---|---|

**Catena Operations Ltd**
**Quantum Place**
**Triq ix-Xatt Ta' Xbiex**
**Gzira GZR1052**
**Malta**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **May 2022-Oct 2022**

**Basis for the claim:** _____

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | CG Trading Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.12** Nonpriority creditor's name and mailing address

**Checkbook**

Date(s) debt was incurred  **Dec 2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$545.00**

---

**3.13** Nonpriority creditor's name and mailing address

**ContentFul GmbH**
**1801 California St**
**Suite 4600**
**Denver, CO 80202**

Date(s) debt was incurred  **Oct 2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$489.00**

---

**3.14** Nonpriority creditor's name and mailing address

**Cyan Blue Odds USA Limited - OddsChecker**
**100 Cambridge Grove**
**W6 0LE**
**Hammersmith, London**
**United Kingdom**

Date(s) debt was incurred  **Sept 2022-Oct 2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$700.00**

---

**3.15** Nonpriority creditor's name and mailing address

**DIJGTAL SERVICES CORPORATION**
**416 West Pender Street**
**V6B 1T5**
**Vancouver - British Columbia**
**Canada**

Date(s) debt was incurred  **Aug 2022-Sept 2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$128,486.40**

---

**3.16** Nonpriority creditor's name and mailing address

**Doug Terfehr**

Date(s) debt was incurred  **April 2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$475.17**

---

**3.17** Nonpriority creditor's name and mailing address

**Dreadnought, Inc.**

Date(s) debt was incurred  **Oct 2022-Nov 2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$18,115.00**

---

**3.18** Nonpriority creditor's name and mailing address

**EDF Compliance, LLC**
**7957 N University Dr. Suite 251**
**Pompano Beach, FL 33067**

Date(s) debt was incurred  **Aug 2022-Nov 2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$102,382.76**

---

| Debtor | **CG Trading Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.19** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$52,500.00**

**EisnerAmper LLP**
**733 Third Avenue**
**New York, NY 10017-2703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Aug 2022**

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,495.18**

**Elasticity, LLC**
**1008 Locust Street, Suite 300**
**Saint Louis, MO 63101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **June 2022**

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$700.00**

**Fantasy Advantage LTD - Sidelines**
**Dereh Ha Shalom 2**
**Tel Aviv**
**6789202**
**Israel**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **July 2022**

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,509.00**

**Genius Sports Media Inc.**
**21 East 4th Street, 7th Floor**
**New York, NY 10003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Oct 2022**

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$56,762.24**

**GeoComply Solutions Inc.**
**#1750-999 W Hastings Street**
**V6C 2W2**
**Vancouver British Columbia**
**Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **May 2022-Nov 2022**

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$39,103.50**

**Ice Miller**
**One American Square Suite 2900**
**Indianapolis, IN 46282-0200**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Aug 2022-Nov 2022**

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$350.00**

**iGaming Cloud INC.**
**99 Wood Avenue South**
**4th Floor**
**Iselin, NJ 08830**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **July 2022**

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **CG Trading Inc.**          Case number (if known) _____
       Name

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $129,137.26 |
|---|---|---|---|

**IMG Arena US LLC**
**251 LITTLE FALL DRIVE**
**Wilmington, DE 19808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __Nov 2022__

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,469.00 |
|---|---|---|---|

**ISG Search**
**5 Roybridge Gate**
**L4H 4E6**
**Woodbridge, Ontario**
**Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __Oct 2022-Nov 2022__

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,557.84 |
|---|---|---|---|

**Jason Zone Fisher**
**14820 Valley Vista Blvd**
**Sherman Oaks, CA 91403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __Oct 2022-Nov 2022__

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $170,000.00 |
|---|---|---|---|

**Maxim Inc.**
**17802 IH 10 West, Suite 400**
**San Antonio, TX 78257**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __July 2022__

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,218.44 |
|---|---|---|---|

**Meta Platforms. Inc**
**1601 Willow Rd**
**Menlo Park, CA 94025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __Oct 2022-Dec 2022__

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,650.00 |
|---|---|---|---|

**Moonshot Marketing LTD**
**Yehezkel Kaufmann 2**
**Tel-Aviv**
**6801294**
**Israel**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __Feb 2022-May 2022__

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |
|---|---|---|---|

**OddsJam, Inc.**
**1193 Lees Meadow Court**
**Great Falls, VA 22066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __Sept 2022-Nov 2022__

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **CG Trading Inc.**         Case number *(if known)* _____

       Name

---

**3.33**

**Nonpriority creditor's name and mailing address**
**OLBG Inc.**
**1321 Upland Drive**
**PMB 10499**
**Houston, TX 77043**

Date(s) debt was incurred **July 2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*     **$2,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34**

**Nonpriority creditor's name and mailing address**
**OneComply Inc.**
**330-321 Water St**
**V6B 1B8**
**Vancouver British Columbia**
**Canada**

Date(s) debt was incurred **July 2022-Nov 2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*     **$22,300.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35**

**Nonpriority creditor's name and mailing address**
**Opus Virtual Office**
**1825 NW Corporate Blvd**
**Suite 110**
**Boca Raton, FL 33431**

Date(s) debt was incurred **Nov 2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*     **$99.99**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36**

**Nonpriority creditor's name and mailing address**
**Pink Personality, Inc.**
**10960 Wilshire Blvd., 5th Fl**
**Los Angeles, CA 90024**

Date(s) debt was incurred **Sept 2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*     **$22,694.67**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37**

**Nonpriority creditor's name and mailing address**
**Prezzee Inc.**
**50 Francisco Street, Suite 10**
**San Francisco, CA 94133**

Date(s) debt was incurred **June 2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*     **$1,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38**

**Nonpriority creditor's name and mailing address**
**Rackspace International GmbH**
**Pfingstweidstrasse 60**
**8005 Zurich**
**Switzerland**

Date(s) debt was incurred **Aug 2022-Nov 2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*     **$417,481.38**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.39**

**Nonpriority creditor's name and mailing address**
**Raketech US Inc.**
**263 Shuman Blvd., Suite 145**
**Naperville, IL 60563**

Date(s) debt was incurred **July 2022-Nov 2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*     **$3,250.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **CG Trading Inc.**                                     Case number (if known) _____

_____
Name

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $53,740.58 |
|---|---|---|---|

**REDDISH, LLC**
**1540 Broadway, 40th Floor**
**New York, NY 10036**

Date(s) debt was incurred  **July 2022-Aug 2022**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60,967.74 |
|---|---|---|---|

**ROC NATION LLC**
**540 W 26th St, 9th FL**
**New York, NY 10001**

Date(s) debt was incurred  **June 2022-Aug 2022**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,650.00 |
|---|---|---|---|

**Rosenberg Rich Baker Berrman & Company**
**265 Davidson Ave, Suite 210**
**Somerset, NJ 08873-4120**

Date(s) debt was incurred  **Sept 2022**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $62,747.04 |
|---|---|---|---|

**Snap Inc.**
**3000 31st St.**
**Santa Monica, CA 90405**

Date(s) debt was incurred  **July 2022-Nov 2022**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,625.00 |
|---|---|---|---|

**Sparx Marketing Group LLC**
**2621 Avenue K**
**Brooklyn, NY 11210**

Date(s) debt was incurred  **June 2022-Oct 2022**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $254.00 |
|---|---|---|---|

**SponsorUnited Inc.**
**857 Newfield Avenue**
**Stamford, CT 06905**

Date(s) debt was incurred  **Dec 2022**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $112,635.98 |
|---|---|---|---|

**Sports Information Services Limited**
**Level 3, Quantum House**
**Abate Rigord Street**
**Ta' Xbiex XBX1120**
**Malta**

Date(s) debt was incurred  **Nov 2022**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **CG Trading Inc.**            Case number (if known) _____
        Name

| | | |
|---|---|---|
| **3.47** | **Nonpriority creditor's name and mailing address**<br>SportsContentCo, LLC<br>**526 South Oxford Valley Road**<br>**Fairless Hills, PA 19030**<br><br>Date(s) debt was incurred   __Dec 2022__<br><br>Last 4 digits of account number ___ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No   ☐ Yes     **$840.00** |
| **3.48** | **Nonpriority creditor's name and mailing address**<br>**SUN LIFE FINANCIAL**<br>**PO Box 11010**<br>**H3C 4T9**<br>**Montreal, Quebec**<br>**Canada**<br><br>Date(s) debt was incurred   __Oct 2022__<br><br>Last 4 digits of account number ___ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No   ☐ Yes     **$1,699.66** |
| **3.49** | **Nonpriority creditor's name and mailing address**<br>**The Action Network**<br>**13 Bridle Path**<br>**PO Box 296**<br>**Remsenburg, NY 11960**<br><br>Date(s) debt was incurred   __May 2022-Oct 2022__<br><br>Last 4 digits of account number ___ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No   ☐ Yes     **$4,200.00** |
| **3.50** | **Nonpriority creditor's name and mailing address**<br>**The Woody Paige Sports**<br>**2534 Prospect Ct**<br>**Broomfield, CO 80023**<br><br>Date(s) debt was incurred   __May 2021__<br><br>Last 4 digits of account number ___ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No   ☐ Yes     **$600.00** |
| **3.51** | **Nonpriority creditor's name and mailing address**<br>**TripAc tions Inc.**<br>**1501 Page Mill Road**<br>**Building 1**<br>**Palo Alto, CA 94304**<br><br>Date(s) debt was incurred   __July 2022__<br><br>Last 4 digits of account number ___ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No   ☐ Yes     **$219.59** |
| **3.52** | **Nonpriority creditor's name and mailing address**<br>**White Hat Gaming , Inc**<br>**18 COLUMBIA TURNPIKE SUITE 200**<br>**Florham Park, NJ 07932**<br><br>Date(s) debt was incurred   __July 2022-Nov 2022__<br><br>Last 4 digits of account number ___ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No   ☐ Yes     **$613,315.10** |
| **3.53** | **Nonpriority creditor's name and mailing address**<br>**Zendesk, Inc.**<br>**989 Market St.**<br>**San Francisco, CA 94103**<br><br>Date(s) debt was incurred   __Aug 2022__<br><br>Last 4 digits of account number ___ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No   ☐ Yes     **$11,610.00** |

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

Debtor    **CG Trading Inc.**            Case number (if known) _____
_____
Name

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a.   $ | 0.00 |
| **5b. Total claims from Part 2** | 5b.   +   $ | 2,493,166.51 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c.   $ | 2,493,166.51 |

**Fill in this information to identify the case:**

Debtor name  **CG Trading Inc.**

United States Bankruptcy Court for the:  DISTRICT OF DELAWARE

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal  Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest **Storage Unit in Colorado** | |
| State the term remaining | **303 Self Storage Monaco 3800N Monaco Street Parkway Denver, CO 80207** |
| List the contract number of any government contract _____ | |

**Fill in this information to identify the case:**

Debtor name    **CG Trading Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

|     | Name | Mailing Address | | Name | Check all schedules that apply: |
|-----|------|-----------------|---|------|-------|
| 2.1 | _____ | Street _____ <br> City    State    Zip Code | | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 | _____ | Street _____ <br> City    State    Zip Code | | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | _____ | Street _____ <br> City    State    Zip Code | | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | _____ | Street _____ <br> City    State    Zip Code | | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

**Fill in this information to identify the case:**

Debtor name __**CG Trading Inc.**__

United States Bankruptcy Court for the: __DISTRICT OF DELAWARE__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

### Part 1:   Income

1.  **Gross revenue from business**

    ■ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.1. | **White Hat Gaming , Inc**<br>**18 COLUMBIA TURNPIKE SUITE 200**<br>**Florham Park, NJ 07932** | **Nov 18, 2022** | **$41,488.06** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. | **Rackspace International GmbH**<br>**Pfingstweidstrasse 60**<br>**8005 Zurich**<br>**Switzerland** | **Oct 4, 2022,**<br>**Nov 18, 2022** | **$68,797.22** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| Debtor | CG Trading Inc. | Case number *(if known)* | |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.3. Maxim Commercial Capital<br>11620 Wilshire Blvd<br>Los Angeles, CA 90025 | Sept 23, 2022 | $100,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. EDF Compliance, LLC<br>7957 N University Dr. Suite 251<br>Pompano Beach, FL 33067 | Oct 4, 2022 | $42,307.30 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. REDDISH, LLC<br>1540 Broadway, 40th Floor<br>New York, NY 10036 | Oct 4, 2022 | $50,126.19 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. Catena Operations Ltd<br>Quantum Place<br>Triq ix-Xatt Ta' Xbiex<br>Gzira GZR1052<br>Malta | Oct 4, 2022 | $10,400.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. Meta Platforms. Inc<br>1601 Willow Rd<br>Menlo Park, CA 94025 | Oct 4, Oct 6<br>2022 | $65,597.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8. Jason Zone Fisher<br>14820 Valley Vista Blvd<br>Sherman Oaks, CA 91403 | Oct 26, 2022 | $15,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.9. Dreadnought, Inc. | Oct 5, 2022 | $9,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10. BLACK SWAN STRATEGY INC.<br>117 ROBERT STREET<br>M5S 2K5<br>Toronto, Ontario<br>Canada | Oct 4, 2022 | $10,150.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    **CG Trading Inc.**                                      Case number *(if known)*

---

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
| --- | --- | --- | --- |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
| --- | --- | --- | --- |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
| --- | --- | --- | --- |

---

**Part 3:    Legal Actions or Assignments**

---

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
| --- | --- | --- | --- |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

---

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
| --- | --- | --- | --- |

---

**Part 5:    Certain Losses**

---

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

---

| Debtor | **CG Trading Inc.** | Case number *(if known)* | |

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
| --- | --- | --- | --- |

---

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
| --- | --- | --- | --- | --- |
| 11.1. | **Gellert Scali Busenkell & Brown, LLC<br>1201 N. Orange Street<br>Suite 300<br>Wilmington, DE 19801** | | **12/2022** | **$4,545.46** |
| | **Email or website address<br>rgellert@gsbblaw.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
| --- | --- | --- | --- |

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
| --- | --- | --- | --- |

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy<br>From-To |
| --- | --- | --- |
| 14.1. | **18 Columbia Turnpike, suite 200<br>Florham Park, NJ 07932** | |

---

Debtor   **CG Trading Inc.**       Case number *(if known)* _____

**Part 8:**   Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

**Part 9:**   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ☐ No. Go to Part 10.
    ■ Yes. Does the debtor serve as plan administrator?

        ☐ No Go to Part 10.
        ■ Yes. Fill in below:

    Name of plan            Employer identification number of the plan
    **ADP Retirement Services Inc.**    EIN:  **22-1467904**

    Has the plan been terminated?
    ☐ No
    ■ Yes

**Part 10:**   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

| Debtor | CG Trading Inc. | Case number *(if known)* | |
|---|---|---|---|

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **303 Self Storage** **3800 N Monaco Street Parkway** **Denver, CO 80207** | **Daniel Graetzer** | **Furniture, merchandise** | ☐ No ■ Yes |

---

**Part 11:** **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:** **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:** **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

Debtor     **CG Trading Inc.**                                    Case number *(if known)*

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1. **CG Arizona LLC**<br>**8825 N 23Rd Avenue, Suite 100**<br>**Phoenix, AZ 85021** | **Online Sports Betting Company** | EIN: **87 -2052724**<br><br>From-To |
| 25.2. **CG Colorado LLC**<br>**1900 W. Littleton Blvd**<br>**Littleton, CO 80120** | **Online Sports Betting Company** | EIN: **30-1224689**<br><br>From-To **1/31/2020 to present** |
| 25.3. **CG Indiana LLC**<br>**135 North Pennsylvania St**<br>**Suite 1610**<br>**Indianapolis, IN 46204** | **Online Sports Betting Company** | EIN: **37-1991250**<br><br>From-To **12/17/2020 to present** |
| 25.4. **CG Iowa LLC**<br>**505 5th Avenue, Suite 729**<br>**Des Moines, IA 50309** | **Online Sports Betting Company** | EIN: **30-1255460**<br><br>From-To **12/17/2020 to present** |
| 25.5. **CG Louisiana LLC**<br>**3867 Plaza Tower Dr**<br>**Baton Rouge, LA 70816** | **Online Sports Betting Company** | EIN: **61-2027447**<br><br>From-To |
| 25.6. **CG NJ LLC**<br>**18 Columbia Turnpike, Suite 200**<br>**Florham Park, NJ 07932** | **Online Sports Betting Company** | EIN: **32-0628758**<br><br>From-To **2/20/2020 to present** |
| 25.7. **CG Ohio LLC**<br>**4400 Easton Commons Wa**<br>**Suite 125**<br>**Columbus, OH 43219** | **Online Sports Betting Company** | EIN: **87-2590362**<br><br>From-To **8/31/2021 to present** |
| 25.8. **CG Pennsylvania LLC**<br>**2595 Interstate Drive Suite 103**<br>**Harrisburg, PA 17110** | **Online Sports Betting Company** | EIN:<br><br>From-To |
| 25.9. **CG Virginia LLC**<br>**100 Shockoe Slip Fl 2**<br>**Richmond, VA 23219** | **Online Sports Betting Company** | EIN: **85-3564676**<br><br>From-To **10/20/2020 to present** |

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. **Regina da Silva**<br>**221 River Street, 9th floor**<br>**Hoboken, NJ 07030** | **1/17/2022-present** |

Debtor    **CG Trading Inc.** _____    Case number *(if known)* _____

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.2. | **John Holandez**<br>**221 River Street, 9th floor**<br>**Hoboken, NJ 07030** | **1/10/2022 - 8/31/2022** |
| 26a.3. | **Giulia Hernandez**<br>**Calle Huertas 72**<br>**planta 1**<br>**28014 Madrid Spain** | **11/17/2020-11/14/202<br>2** |
| 26a.4. | **Maria Laguillo**<br>**Calle Huertas 72**<br>**planta 1**<br>**28014 Madrid Spain** | **8/17/2020-11/14/2022** |
| 26a.5. | **Miguel Coca**<br>**Calle Huertas 72**<br>**planta 1**<br>**Madrid  28014  Spain** | **10/19/2020-present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26b.1. | **RRBB Accountants & Advisors**<br>**265 Davidson Avenue, Suite 210**<br>**Somerset, NJ 08873-4120** | **2021-2022** |

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26b.2. | **EisnerAmper LLP**<br>**733 Third Avenue**<br>**New York, NY 10017-2703** | **2021-2022** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | If any books of account and records are<br>unavailable, explain why |
|---|---|---|
| 26c.1. | **RRBB Accountants & Advisors**<br>**265 Davidson Avenue, Suite 210**<br>**Somerset, NJ 08873-4120** | |
| 26c.2. | **EisnerAmper LLP**<br>**733 Third Avenue**<br>**New York, NY 10017-2703** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Debtor | **CG Trading Inc.** | | Case number *(if known)* | |

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Daniel Graetzer** | **Calle de Santo Cristo del Consuelo 12 Torrelodones Madrid Spain** | **CEO** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **CG USA Holding Inc.** | **251 Little Falls Drive Wilmington, DE 19808** | **Shareholder** | **100%** |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 . | **Daniel Graetzer Calle de Santo Cristo del Consuelo 12 Torrelodones Madrid Spain** | **40,135.1 EUR** | **12/31/2021 to 10/31/2022** | **Consulting Services** |
| | Relationship to debtor **CEO** | | | |
| 30.2 . | **Mike Glover 42 Cairnmore Court L6Z 1T6 Brampton, Ontario Canada** | **209,825.76 CAD** | **12/31/2021 to 11/30/2022** | **Salary and Expenses** |
| | Relationship to debtor **CTO** | | | |

Debtor  **CG Trading Inc.**                                    Case number *(if known)* _____

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.3<br>·  **Joshua Lebovic**<br>**117 Robert Street**<br>**M5S 2K5**<br>**Toronto, Ontario**<br>**Canada** | **125,874.59** | **12/31/2021 to 11/30/2022** | **Consulting Services** |
| **Relationship to debtor**<br>**CFO** | | | |
| 30.4<br>·  **Douglas Terfehr**<br>**5063 Shillwater Trail**<br>**Frisco, TX 75034** | **267,975.45** | **12/31/2021 to 11/30/2022** | **Salary and Expenses** |
| **Relationship to debtor**<br>**Marketing Director** | | | |
| 30.5<br>·  **Paul Legget**<br>**#14 La Hacienda Rio Oro**<br>**Santa Ana**<br>**San Jose**<br>**Costa Rica** | **133,333.28** | **12/31/2021 to 11/30/2022** | **Consulting Services** |
| **Relationship to debtor**<br>**CSO** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐  No
☑  Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **CG USA Holding** | **EIN:**    **30-1232451** |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑  No
☐  Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

Debtor   **CG Trading Inc.**           Case number *(if known)*

---

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   12/28/2022

                            *Daniel Graetzer*         **Daniel Graetzer**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor   **CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

DocuSign Envelope ID: A2922621-DA68-4125-B920-0A0F3A7D8A5D

**United States Bankruptcy Court**
**District of Delaware**

In re    **CG Trading Inc.**                      Case No. _____

                                       Debtor(s)         Chapter    **7** _____

## VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    12/28/2022 _____                *Daniel Graetzer* _____

                                                **Daniel Graetzer/CEO**
                                                Signer/Title

DocuSign Envelope ID: A2922621-DA68-4125-B920-0A0F3A7D8A5D

CG TRADING INC.
221 RIVER STREET, 9TH FLOOR
HOBOKEN, NJ 07030

BRISCOE HOLDINGS, LLC
440 LOUISIANA STREET SUITE 825
HOUSTON, TX 77002

EDF COMPLIANCE, LLC
7957 N UNIVERSITY DR. SUITE 25
POMPANO BEACH, FL 33067

RONALD S. GELLERT
GELLERT SCALI BUSENKELL & BROWN, LLC
1201 N. ORANGE STREET
SUITE 300
WILMINGTON, DE 19801

BUTLER SNOW LLP
POST OFFICE BOX 6010
RIDGELAND, MS 39158-6010

EISNERAMPER LLP
733 THIRD AVENUE
NEW YORK, NY 10017-2703

303 SELF STORAGE
3800 N MONACO STREET PARKWAY
DENVER, CO 80207

CASOOMI LTD
221 RIVER STREET, 9TH FL
HOBOKEN, NJ 07030

ELASTICITY, LLC
1008 LOCUST STREET, SUITE 300
SAINT LOUIS, MO 63101

303 SELF STORAGE MONACO
3800N MONACO STREET PARKWAY
DENVER, CO 80207

CATENA OPERATIONS LTD
QUANTUM PLACE
TRIQ IX-XATT TA' XBIEX
GZIRA GZR1052
MALTA

FANTASY ADVANTAGE LTD - SID
DEREH HA SHALOM 2
TEL AVIV
6789202
ISRAEL

ACES, INC.
188 MONTAGUE STREET
BROOKLYN, NY 11201

CHECKBOOK

GENIUS SPORTS MEDIA INC.
21 EAST 4TH STREET, 7TH FLOOR
NEW YORK, NY 10003

APPLAUSE APP QUALITY INC.
100 PENNSYLVANIA AVE, FIFTH FLOOR
FRAMINGHAM, MA 01701

CONTENTFUL GMBH
1801 CALIFORNIA ST
SUITE 4600
DENVER, CO 80202

GEOCOMPLY SOLUTIONS INC.
#1750-999 W HASTINGS STREET
V6C 2W2
VANCOUVER BRITISH COLUMBIA
CANADA

APPS4 WEB MEDIA LTD
71-75 SHELTON STREET
W1B 3HH
COVENT GARDEN, LONDON
UNITED KINGDOM

CYAN BLUE ODDS USA LIMITED - ODDSCHECKER
100 CAMBRIDGE GROVE
W6 0LE
HAMMERSMITH, LONDON
UNITED KINGDOM

KOHLER
ONE AMERICAN SQUARE SUITE 2
INDIANAPOLIS, IN 46282-0200

ARISTOTLE INTERNATIONAL INC.
BOX 716045
PHILADELPHIA, PA 19171

DIIJGTAL SERVICES CORPORATION
416 WEST PENDER STREET
V6B 1T5
VANCOUVER - BRITISH COLUMBIA
CANADA

IGAMING CLOUD INC.
99 WOOD AVENUE SOUTH
4TH FLOOR
ISELIN, NJ 08830

BETTER COLLECTIVE USA, INC.
101 NE 3RD AVE
#600
FORT LAUDERDALE, FL 33301

DOUG TERFEHR

IMG ARENA US LLC
251 LITTLE FALL DRIVE
WILMINGTON, DE 19808

BLACK SWAN STRATEGY INC.
117 ROBERT STREET
M5S 2K5
TORONTO, ONTARIO
CANADA

DREADNOUGHT, INC.

ISG SEARCH
5 ROYBRIDGE GATE
L4H 4E6
WOODBRIDGE, ONTARIO
CANADA

DocuSign Envelope ID: A2922621-DA68-4125-B920-0A0F3A7D8A5D

JASON ZONE FISHER
14820 VALLEY VISTA BLVD
SHERMAN OAKS, CA 91403

RACKSPACE INTERNATIONAL GMBH
PFINGSTWEIDSTRASSE 60
8005 ZURICH
SWITZERLAND

SUN LIFE FINANCIAL
PO BOX 11010
H3C 4T9
MONTREAL, QUEBEC
CANADA

MAXIM INC.
17802 IH 10 WEST, SUITE 400
SAN ANTONIO, TX 78257

RAKETECH US INC.
263 SHUMAN BLVD., SUITE 145
NAPERVILLE, IL 60563

THE ACTION NETWORK
13 BRIDLE PATH
PO BOX 296
REMSENBURG, NY 11960

META PLATFORMS. INC
1601 WILLOW RD
MENLO PARK, CA 94025

REDDISH, LLC
1540 BROADWAY, 40TH FLOOR
NEW YORK, NY 10036

THE WOODY PAIGE SPORTS
2534 PROSPECT CT
BROOMFIELD, CO 80023

MOONSHOT MARKETING LTD
YEHEZKEL KAUFMANN 2
TEL-AVIV
6801294
ISRAEL

ROC NATION LLC
540 W 26TH ST, 9TH FL
NEW YORK, NY 10001

TRIPAC TIONS INC.
1501 PAGE MILL ROAD
BUILDING 1
PALO ALTO, CA 94304

ODDSJAM, INC.
1193 LEES MEADOW COURT
GREAT FALLS, VA 22066

ROSENBERG RICH BAKER BERRMAN & COMPANY
265 DAVIDSON AVE, SUITE 210
SOMERSET, NJ 08873-4120

WHITEHAT GAMING , INC
18 COLUMBIA TURNPIKE SUITE 20
FLORHAM PARK, NJ 07932

OLBG INC.
1321 UPLAND DRIVE
PMB 10499
HOUSTON, TX 77043

SNAP INC.
3000 31ST ST.
SANTA MONICA, CA 90405

ZENDESK, INC.
989 MARKET ST.
SAN FRANCISCO, CA 94103

ONECOMPLY INC.
330-321 WATER ST
V6B 1B8
VANCOUVER BRITISH COLUMBIA
CANADA

SPARX MARKETING GROUP LLC
2621 AVENUE K
BROOKLYN, NY 11210

OPUS VIRTUAL OFFICE
1825 NW CORPORATE BLVD
SUITE 110
BOCA RATON, FL 33431

SPONSORUNITED INC.
857 NEWFIELD AVENUE
STAMFORD, CT 06905

PINK PERSONALITY, INC.
10960 WILSHIRE BLVD., 5TH FL
LOS ANGELES, CA 90024

SPORTS INFORMATION SERVICES LIMITED
LEVEL 3, QUANTUM HOUSE
ABATE RIGORD STREET
TA' XBIEX XBX1120
MALTA

PREZZEE INC.
50 FRANCISCO STREET, SUITE 10
SAN FRANCISCO, CA 94133

SPORTSCONTENTCO, LLC
526 SOUTH OXFORD VALLEY ROAD
FAIRLESS HILLS, PA 19030

DocuSign Envelope ID: A2922621-DA68-4125-B920-0A0F3A7D8A5D

# United States Bankruptcy Court
### District of Delaware

In re **CG Trading Inc.**
_____
Debtor(s)

Case No. _____

Chapter **7** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **CG Trading Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

12/28/2022
_____
Date

/s/ Ronald S. Gellert
_____

**Ronald S. Gellert**
Signature of Attorney or Litigant
Counsel for **CG Trading Inc.**
**Gellert Scali Busenkell & Brown, LLC**
**1201 N. Orange Street**
**Suite 300**
**Wilmington, DE 19801**
**(302) 425-5806**
**rgellert@gsbblaw.com**